# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hillary Summers,<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Liberty Life Assur. Co. of Boston,<br><br>　　　　Defendant(s) | CASE No C 4:18-cv-02587-KAW<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

❑ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

❑ **Mediation** (ADR L.R. 6)

❑ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

■ **Private ADR** (*specify process and provider*) Private mediation, provider to be determined.

The parties agree to hold the ADR session by:

■ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

□ other requested deadline:

Date: July 24, 2018

Date: July 24, 2018

/s/ Britney Heath McDonald
Attorney for Plaintiff
/s/ Stacy Monahan Tucker
Attorney for Defendant

---

☒ IT IS SO ORDERED
□ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 7/27/18

*Kandis Westmore*

U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

---

*Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*